# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.   Criminal No. 2:25-cr-263

WILLIAM GARNETT LEE

## CRIMINAL CASE INFORMATION SHEET

Division: Pittsburgh
County in which first offense cited occurred: Allegheny

Related to No. 25-cr-158     Judge: Honroable David S. Cercone

CATEGORY:
1. ☒ Narcotics and Other Controlled Substances (Defs: ☒1-2 ☐3-9 ☐10+)
2. ☐ Fraud and Property Offenses (Defs: ☐1-2 ☐3-9 ☐10+)
3. ☐ Crimes of Violence
4. ☐ Sex Offenses
5. ☐ Firearms and Explosives
6. ☐ Immigration
7. ☐ All Others

Previous Proceedings before Magistrate Judge: _____
Case No.: _____

*PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE*

Defendant ☒ is in custody   ☐ is not in custody
Custody is ☐ State  ☒ Federal   Name of Institution: Butler County Prison

Defendant ☐ is  ☐ is not serving a term of Supervised Release
Case No. _____   Judge: _____

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 10/15/2025

/s/Douglas C. Maloney
Douglas C. Maloney
Assistant U.S. Attorney
PA ID No. 314082